IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lahborn Allah, #276542, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.:4:08-1538-TLW-TER |
| | ) | |
| | ) | |
| | ) | |
| Stan Burt; S.C. Department of | ) | |
| Corrections; and Major Martell, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# **ORDER**

Plaintiff, Lahborn Allah, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C.

§ 1983 on April 11, 2008. (Doc. #1).

This matter now comes before this Court for review of the Report and Recommendation ("the

Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had

previously been assigned. (Doc. # 51). In the Report, the Magistrate Judge recommends that the

District Court grant the defendants' motion for summary judgment and dismiss the plaintiff's claim.

(Doc. # 51). The plaintiff filed objections to the Report. (Doc. # 53). In conducting this review, the

Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party
> may file written objections...The Court is not bound by the recommendation of the
> magistrate judge but, instead, retains responsibility for the final determination. The
> Court is required to make a *de novo* determination of those portions of the report or
> specified findings or recommendation as to which an objection is made. However,
> the Court is not required to review, under a *de novo* or any other standard, the factual
> or legal conclusions of the magistrate judge as to those portions of the Report and
> Recommendation to which no objections are addressed. While the level of scrutiny
> entailed by the Court's review of the Report thus depends on whether or not

objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992)

(citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the objections. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Doc. # 51).

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

February 3, 2010
Florence, South Carolina